**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., | No. CV-10-1789-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Robert W. Ridenour and Jane Doe Ridenour; and Ridenour Edwards Management I, Ltd., | |
| Defendant. | |

Plaintiff filed suit against Defendants on August 20, 2010.  Doc. 1.  Defendants Robert W. Ridenour and Ridenour Edwards Management I, Ltd. were served with process in early September.  Docs. 8, 10.  The Clerk entered their default under Rule 55(a) on October 27.  Doc. 13.  No motion for default judgment has been filed.

Plaintiff shall have until **January 14, 2011** to file, pursuant to Rule 55(b), a motion for default judgment against Defendants Robert W. Ridenour and Ridenour Edwards Management I, Ltd.  The motion shall address factors the Court must consider in deciding whether to grant default judgment.  *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

**IT IS ORDERED:**

1.      Plaintiff shall file a motion for default judgment by **January 14, 2011**.

2.     The Clerk is directed to enter judgment **dismissing** this action if Plaintiff fails
to comply with this order.

DATED this 27th day of December, 2010.

_____
David G. Campbell
United States District Judge